# UNITED STATES DISTRICT COURT

for the

District of New Mexico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 25-936 MJ |
| Elias Alan Macias-Varela | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____April 27, 2025_____ in the county of _____Dona Ana_____ in the

District of _____New Mexico_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1546(a) | Fraud and Misuse of a Visa (utters, uses, attempts to use, possesses, obtains, accepts, or receives any such visa... knowing it to be forged, counterfeited, altered, or falsely made, or to have been procured by means of any false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained) |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Veronica A. Espinoza, Special Agent
Printed name and title

Sworn to before me ~~and signed in my presence~~. VIA PHONE

Date: 4/28/25

_____
Judge's signature

City and state: Las Cruces, New Mexico

G.J. Fouratt, U.S.M.J.
Printed name and title

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Veronica Espinoza, having first been duly sworn, hereby depose and state as follows:

## INTRODUCTION

1.      I am a Special Agent with Homeland Security Investigations (HSI) and have been so employed since June of 2023. I am currently assigned to HSI's Deming, New Mexico office. My primary responsibilities include investigating criminal violations of the United States Code in the District of New Mexico. My experience in this position has included but is not limited to interviewing suspects, witnesses, and victims; executing arrests and searches; collecting and processing evidence; analyzing records and digital evidence; and completing hundreds of hours of training in these topics and others, such as criminal law and human smuggling. Additionally, I have participated in numerous human smuggling investigations involving HSI and other federal law enforcement agencies.

2.      I submit this affidavit in support of a criminal complaint charging Elias Alan Macias-Varela with one count of engaging in fraud and misuse of a Legal Permanent Resident Card or Visa in violation of 18 U.S.C. 1546(a).

3.      The statements contained herein are based on my personal knowledge and observations; information provided to me by other law enforcement; lawfully obtained evidence; reviews of various documents, records, and reports; and interviews conducted by law enforcement.

4.      Because I am submitting this affidavit for the limited purpose of establishing probable cause, it does not include every fact I know concerning the investigation. I have only set forth the facts I believe are necessary to establish probable cause.

5. Unless otherwise noted, all references herein to times and dates are approximate, and all references herein to document contents and the statements of others are reported in substance and in part only.

## RELEVANT STATUTES

6.     18 U.S.C. § 1546(a) establishes that it is unlawful for any person, to utter, use, attempt to use, possess, obtain, accept, receive, or any applicable combination of the preceding a/an immigrant visa, non-immigrant visa, permit, border crossing card, alien registration receipt card, OR a document prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, namely: knowing it to have been forged, counterfeited, altered, falsely made, procured by means of a false claim or statement, procured by fraud, unlawfully obtained, or any applicable combination of the preceding.

## STATEMENT OF PROBABLE CAUSE

7.     On April 27, 2025, at approximately 9:30 AM, U.S. Customs and Bo-rder Protection Officer (CBPO) A. Walter was performing primary vehicle inspections at the Santa Teresa, New Mexico Port of Entry when Elias Alan Macias-Varela applied for admission into the United States by presenting duly issued H-2B Temporary Non-Agrigultural Workers U.S. Visa bearing Macias-Varela's name and photograph. Macias-Varela stated he was traveling to Colorado to begin working with his new H-2B Visa. The CBPO referred Macias-Varela for further secondary inspection.

8.     While conducting a secondary inspection, Macias-Varela's belongings yielded a fraudulent Legal Permanent Resident Card bearing the name of Marcos Torres and what appeared to be a photograph of Macias-Varela. Macias-Varela was detained and escorted the Passport Control Secondary (PCS) for further questioning. While at the PCS, Macias-Varela invoked his Miranda-Rights to CBPOs and refused to answer any questions.

9.     On the same day, at approximately 10:10 AM, Homeland Security Investigations (HSI) were notified of the event involving Macias-Varela. Agents determined Macias-Varela

was knowingly carrying fraudulent documentation in his person.

## CONCLUSION

12. An Assistant United States Attorney (AUSA) was contacted and advised of the facts of the case. The AUSA accepted prosecution on Elias Alan MACIAS-Varela for 18 U.S.C. § 1546(a) – Fraud and Misuse of a U.S. Visa.

13. This Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein. Therefore, I have not included each and every fact known to me concerning this investigation. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Respectfully Submitted,

4/28/25

Veronica A. Espinoza
Special Agent
Homeland Security Investigations